JAMES WILSON v. CHALMETT BROWN.

[47 South. 545.]

SUPREME COURT PRACTICE. *Chancery court finding of fact. Absence of testimony.*

The supreme court will not reverse the finding of a fact by the chancery court, where a witness was examined orally in that court and his testimony is not made of record and is not certified to the supreme court.

FROM the chancery court of, first district, Hinds county.

HON. G. GARLAND LYALL, Chancellor.

Brown, appellee, was complainant in the court below; Wilson, appellant, was defendant there. From a decree in complainant's favor defendant appealed to the supreme court.

A statement of the facts of the case additional to what is shown in the opinion of the court is deemed unnecessary in view of the conclusion reached.

*Longino & McDowell,* for appellant.

*Wells & Wells,* for appellee.

FLETCHER, J., delivered the opinion of the court.

This case involves only the single question whether the lot deeded by Mary Wilson to her son, Chalmett Brown, was received by way of advancement. The chancellor's notes show that one Ida Bass testified in the case; her testimony being taken orally before the chancellor, presumably by agreement. This testimony is not before us, and we are therefore not able to judge of its effect. It may have been controlling with the chancellor, and we are compelled, in this state of the record, to uphold his finding of fact.       *Affirmed.*